IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Marion | Case Number: 04 B 46952 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 12/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 31, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,450.00 | |
| Secured: | | 6,667.83 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,315.20 |
| Trustee Fee: | | 457.82 |
| Other Funds: | | 9.15 |
| Totals: | 9,450.00 | 9,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,315.20 | 2,315.20 |
| 2. | Wells Fargo Fin Acceptance | Secured | 12,587.34 | 6,617.71 |
| 3. | Monterey Financial Services | Secured | 112.09 | 50.12 |
| 4. | SBC | Unsecured | 76.50 | 0.00 |
| 5. | RJM Acquisitions LLC | Unsecured | 13.85 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 486.50 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 154.60 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 52.89 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 52.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 73.99 | 0.00 |
| 11. | Monterey Financial Services | Secured | | No Claim Filed |
| 12. | Monterey Financial Services | Secured | | No Claim Filed |
| 13. | American General Finance | Secured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| 16. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 17. | Jennifer L McAllister | Unsecured | | No Claim Filed |
| 18. | CBCS | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Encore | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Marion

Printed: 4/8/08

Case Number: 04 B 46952
Judge: Wedoff, Eugene R
Filed: 12/22/04

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Neiman Marcus Co | Unsecured | | No Claim Filed |
| 27. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 28. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 29. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 30. | Risk Management Alternatives | Unsecured | | No Claim Filed |

$ 15,924.96        $ 8,983.03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.75 |
| 4% | 41.82 |
| 3% | 31.37 |
| 5.5% | 154.01 |
| 5% | 52.94 |
| 4.8% | 117.45 |
| 5.4% | 37.48 |
| | $ 457.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

